UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEHNOOR ZAIDI,                                    CASE NO. 17--CV-21147-KMW

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant(s).                    /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, MEHNOOR ZAIDI, and the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, with prejudice, each party bearing its own costs and attorney's fees.

| | |
|---|---|
| Dated: August 2, 2017 | Dated: August 2, 2017 |
| By: */s/ Cesar Gavidia* | By: */s/ Shari Gerson* |
| CESAR GAVIDIA, ESQ. | SHARI GERSON ESQ. |
| Fla. Bar No. 015263 | Fla. Bar No. 017035 |
| Cesar@diattorney.com | shari.gerson@gray-robinson.com |
| DELL AND SCHAEFER CHARTERED | GRAY-ROBINSON |
| Attorneys for Plaintiff | Attorneys for the Defendant |
| 2404 Hollywood Boulevard | 401 East Las Olas Blvd, Ste 1000 |
| Hollywood, FL  33020 | Ft. Lauderdale, FL  33301 |
| T(954) 620-8300 | T(954)761-8111 |
| F(954) 922-6864 | F(954)761-8112 |