UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21147-CIV-WILLIAMS

MEHNOOR ZAIDI,

    Plaintiff,

vs.

LIFE INSURANCE CO.
OF NORTH AMERICA,

    Defendant.
_____/

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on the Parties' joint stipulation for dismissal with prejudice. (DE 12). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of August, 2017.

                                                      KATHLEEN M. WILLIAMS
                                                    UNITED STATES DISTRICT JUDGE